UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

DEJUANA R. JENKINS                    CASE # 16-02171-TOM13

Debtor.

## TRUSTEE'S NOTICE OF CONTINUING DEFAULT

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and hereby gives notice that the Debtor has failed to continue making timely payments as ordered by this Honorable Court.

Accordingly, the Trustee moves the Court to dismiss this case without further notice or hearing.

/s/ Bradford W. Caraway
Bradford W. Caraway
Chapter 13 Standing Trustee
P.O. Box 10848
Birmingham, AL 35202-0848
(205) 323-4631

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice has been forwarded by email or U.S. Mail, postage prepaid and properly addressed, to the following on this 13th day of February, 2019:

DEJUANA R. JENKINS
320 BURTON DRIVE
***MR***
BIRMINGHAM, AL 35206

C TAYLOR CROCKETT, ATTY
taylor@taylorcrockett.com

/s/ Bradford W. Caraway
TRUSTEE

# Bradford W. Caraway
## INTERIM STATEMENT AS OF 02/14/2019

CASE NO: 16-02171-TOM13  
STATUS:  
COMP - 60.00%   DEBTOR: XXX-XX-9243   SCHEDULE: 239.00 BIWEEKLY  
  JENKINS, DEJUANA R.   TOTAL PAID: 10,947.80  
  AKA:  
DATE FILED: 05/27/2016  320 BURTON DRIVE   LAST 12 TRANSACTIONS  
CONFIRMED: 07/20/2016  ***MR***   Date  Source  Amount  
MODIFIED:  BIRMINGHAM, AL 35206   11/13/18 Cash  240.00  
        05/01/18 NEW BEACON HEALT  225.00  
BAR DATE: 09/20/2016   Non-Government  04/19/18 NEW BEACON HEALT  225.00  
  11/23/2016   Government  04/03/18 NEW BEACON HEALT  45.25  
        03/20/18 NEW BEACON HEALT  87.55  
PERCENTAGE: 60.000   EMPLOYER: SOUTHERN CARE HOSPICE   D.O. 02/13/2019  03/13/18 NEW BEACON HEALT  225.00  
        03/01/18 NEW BEACON HEALT  225.00  
PLAN: 60 MONTHS      02/09/18 NEW BEACON HEALT  225.00  
MONTHS ON SCHEDULE: (27 LEFT)     01/25/18 NEW BEACON HEALT  225.00  
        01/10/18 NEW BEACON HEALT  225.00  
MONTHS TO PAYOFF: (31 LEFT)   ATTORNEY: C TAYLOR CROCKETT, ATTY  01/04/18 NEW BEACON HEALT  225.00  
        12/19/17 NEW BEACON HEALT  225.00  

## DIRECT PAY AND NOT FILED CLAIMS

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 287465 | CASH ADVANCE CORP | PRO | UNS | 0.00 | 0.00 | 587.50 | 0.00 | 0.00 | NOT FILED |
|  | 314966 | EASY MONEY | PRO | UNS | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | NOT FILED |
|  | 62521 | J I L EAST BEND APTS | PRO | UNS | 0.00 | 0.00 | 4,070.00 | 0.00 | 0.00 | NOT FILED |
|  | 287411 | ORTHOSPORTS ASSOCIATES | PRO | UNS | 0.00 | 0.00 | 733.00 | 0.00 | 0.00 | NOT FILED |
|  | 312429 | AMERIFINANCIAL SOLUTIO | PRO | UNS | 0.00 | 0.00 | 846.00 | 0.00 | 0.00 | NOT FILED |
|  | 287411 | PREMIER MEDICAL - ST VINCENTS | PRO | UNS | 0.00 | 0.00 | 704.00 | 0.00 | 0.00 | NOT FILED |
|  | 300120 | SHOALS AMBULANCE SERVICES | PRO | UNS | 0.00 | 0.00 | 496.00 | 0.00 | 0.00 | NOT FILED |
|  | 310496 | SPRINT | PRO | UNS | 0.00 | 0.00 | 1,314.00 | 0.00 | 0.00 | NOT FILED |
|  | 287411 | ST. VINCENT'S EAST | PRO | UNS | 0.00 | 0.00 | 352.00 | 0.00 | 0.00 | NOT FILED |
|  | 238265 | ADVANCE AMERICA | PRO | UNS | 0.00 | 0.00 | 587.50 | 0.00 | 0.00 | NOT FILED |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% / INT. RATE | LAST DISB / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / INT. BEGIN | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 284662 | CREDIT ACCEPTANCE CORPORATION 2011 TOYOTA CAMRY | FIX | SEC 100.0000 5.0000 | 06/2018 | 305.00 2,279.93 | 14,559.37 05/27/2016 | 14,559.37 14,559.37 | 4,949.50 1,575.57 | 9,609.87 135.74 |
| 002 | 304410 | AFFINITY HOSPITAL | PRO | SEC 100.0000 | 04/2018 | 0.00 0.00 | 888.82 | 888.82 888.82 | 327.72 0.00 | 561.10 0.00 |
| 003 | 271916 | EMERGENCY PHYSICIANS ASSOCIATES | PRO | UNS 60.0000 |  | 0.00 0.00 | 668.00 | 668.00 400.80 | 0.00 0.00 | 400.80 0.00 |
| 004 | 270551 | STATE OF ALABAMA DEPT OF REVENUE | PRO | PRI 100.0000 | 04/2018 | 0.00 0.00 | 588.54 | 588.54 588.54 | 217.01 0.00 | 371.53 0.00 |
| 004 | 270551 | STATE OF ALABAMA DEPT OF REVENUE Split Claim | PRO | UNS 60.0000 |  | 0.00 0.00 | 26.90 | 26.90 16.14 | 0.00 0.00 | 16.14 0.00 |
| 005 | 270551 | STATE OF ALABAMA DEPT OF REVENUE | PRO | UNS 60.0000 |  | 0.00 0.00 | 24.50 | 24.50 14.70 | 0.00 0.00 | 14.70 0.00 |
| 005 | 270551 | STATE OF ALABAMA DEPT OF REVENUE Split Claim | PRO | PRI 100.0000 | 04/2018 | 0.00 0.00 | 521.34 | 521.34 521.34 | 192.21 0.00 | 329.13 0.00 |
| 006 | 270551 | STATE OF ALABAMA DEPT OF REVENUE Split Claim | PRO | UNS 60.0000 |  | 0.00 0.00 | 17.19 | 17.19 10.31 | 0.00 0.00 | 10.31 0.00 |
| 006 | 270551 | STATE OF ALABAMA DEPT OF REVENUE | PRO | PRI 100.0000 | 04/2018 | 0.00 0.00 | 354.64 | 354.64 354.64 | 130.78 0.00 | 223.86 0.00 |
| 007 | 289904 | ASHLEY FUNDING SERVICES LLC | PRO | UNS 60.0000 |  | 0.00 0.00 | 1,476.00 | 1,476.00 885.60 | 0.00 0.00 | 885.60 0.00 |
| 008 | 314666 | BELLSOUTH TELECOMMUNICATIONS | PRO | UNS 60.0000 |  | 0.00 0.00 | 927.43 | 927.43 556.46 | 0.00 0.00 | 556.46 0.00 |
| 009 | 301652 | ATT MOBILITY II LLC | PRO | UNS 60.0000 |  | 0.00 0.00 | 1,427.73 | 1,427.73 856.64 | 0.00 0.00 | 856.64 0.00 |
| 010 | 289904 | LABORATORY CORP OF AMERICA | PRO | UNS 60.0000 |  | 0.00 0.00 | 85.79 | 85.79 51.47 | 0.00 0.00 | 51.47 0.00 |
| 011 | 270551 | STATE OF ALABAMA DEPT OF REVENUE | PRO | UNS 60.0000 |  | 0.00 0.00 | 227.01 | 227.01 136.21 | 0.00 0.00 | 136.21 0.00 |

CASE NO: 16-02171-TOM13

STATUS:

COMP - 60.00%  DEBTOR: XXX-XX-9243

JENKINS, DEJUANA R.  SCHEDULE: 239.00 BIWEEKLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | LAST DISB INT. RATE | FIX PAY ARREARS | ORG. CLAIM INT. BEGIN | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 777 | 000000 | DEBTOR | PRO-I | REF 100.0000 |  | 0.00 | Continuing | Continuing Continuing | 0.00 | Closed |
| 994 | 20440 | COURT COST | FIX | SPC 100.0000 | 09/2016 | 77.50 0.00 |  | 310.00 310.00 | 310.00 0.00 | 0.00 0.00 |
| 997A | 20771 | C TAYLOR CROCKETT, ATTY Attorney of Record | FIX | ATY 100.0000 | 10/2016 | 650.00 0.00 | 2,850.00 | 650.00 650.00 | 650.00 0.00 | 0.00 0.00 |
| 997B | 20771 | C TAYLOR CROCKETT, ATTY 2nd Atty Claim | FIX | ATY 100.0000 | 11/2017 | 115.00 0.00 |  | 1,900.00 1,900.00 | 1,900.00 0.00 | 0.00 0.00 |
|  |  | Trustee Administrative Fees |  |  |  |  |  | 695.01 | 695.01 |  |
|  |  |  |  |  | TOTALS: | 1,147.50 2,279.93 | 24,643.26 | 25,348.27 23,396.05 | 9,372.23 1,575.57 | 14,023.82 135.74 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER |  |  |
|---|---|---|---|---|---|---|---|---|
| CLAIM AMOUNT: | 310.00 | 2,550.00 | 1,464.52 | 15,448.19 | 2,928.33 | 0.00 |  |  |
| PAID BY TRUSTEE: | 310.00 | 2,550.00 | 540.00 | 5,277.22 | 0.00 | 0.00 |  |  |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |  |  |
| SUB TOTAL: | 0.00 | 0.00 | 924.52 | 10,170.97 | 2,928.33 | 0.00 | DUE CREDITORS: | 14,159.56 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 135.74 | 0.00 | 0.00 | EXPECTED ADMIN: | 969.94 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 0.00 |
| BALANCE DUE: | 0.00 | 0.00 | 924.52 | 10,306.71 | 2,928.33 | 0.00 | APPROX BALANCE: | 15,129.50 |

PREVIOUS CASES:

TRUSTEE'S SCHEDULE: 12,779.12  1st PAYMENT DUE: 06/26/2016

ACTUAL PAYMENTS: 10,947.80

AMOUNT BEHIND: 1,831.32

Schedule Required to Pay Out Case in 60 Months: 270.41 BIWEEKLY (for 27 Months)